UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thaddeus Taylor, : C.A. CASE No. 05-265 S
Petitioner,

v. :

Donna Collins, et al : June 29, 2005
(Rhode Island DOC) :

PETITIONER'S MEMORANDUM and DOCUMENTS INSUPPORT of PETITION (Disciplinary Hearing)

The Petitioner Thaddeus Taylor, respectfully files this Memorandum in support of his petition for writ of ERROR; section 2241 PETITION.. Claiming he WAS denied "due process of law" and a "fair disciplinary hearing" while at the High Security Facility, Rhode Island DOC on or about June 1, 2005.

Wherefore the petitioner moves the Court to vacate the guilty finding(s) by the Respondents and Order a New disciplinary hearing.. that afford the petitioner "due process of law" and a "fair and impartial" disciplinary hearing - The following documents are intended to establish the factual events and to support the petitioner claims.

Respectfully Submitted
[signature]
Thaddeus Taylor #128225
ACI-HSC
P.O. Box 8200
Cranston RI 02920

Rhode ISLAND Dept. of Correction Exhibit "A"

(Copy)

TO: Deputy Warden Collins ; Warden Weeden
HSC – RIDOC HSC RIDOC

From: Inmate Thadius Taylor #128275 ; CTDOC #237855
HSC-RIDOC (A-22(B))

Date: June 3, 2005

Attached documents to this Appeal: (1) Statement of T. Taylor 5/28/05; (2) Letter to Director A.T. Wall Formal Complaint, & Formal Notice to Lt. Aulla; (3) Letter to Chief Inspector Aldridge; (4) Complaint "; Booking Summary "

RE: "REQUEST FOR REVIEW"/ APPEAL OF Disciplinary Hearing officer findings (booking C/o Calise 5/28/05; hearing 6/1/05)

Deputy Warden Collins I'm filing this 'appeal' of the Disciplinary Hearing officer (DHO) (LT. Galligan) finding me 'guilty' at my scheduled hearing on June 1, 2005.. for the booking prepared by C/o Calise ... LT. Galligan's summary report stated that I was found guilty of "Failing to Comply Expeditiously with an Instruction from a staff member .. Code 208 ; DISOBEDIENCE" I received a Copy of the DHO report on June 2, 2005 by C/o E. Renshaw at 10:30 Am...

Deputy Warden Collins on June 1, 2005 after the hearing, I had a meeting with Warden Weeden about this matter and LT. Galligan's and other staff misconducts towards me... He advised me He would ask you to look into All my Concerns about this hearing, and the manner in which it was Conducted --- thus, I'm respectfully requesting You Consider All the fact(s) and details as stated herein and Known to you and warden Weeden.

Deputy WArden Collins I'm first appealing on the gound that I WAS denied a "fair disciplinary hearing" as a result of "LT. GAlligAn" being directly involved with the issuance of this booking prepared by "C/o CAlise"; LT. GAlligan Could not be Considered an impartial disciplinary hearing officer; Moreover, LT. GAlligan on the SAme date C/o CAlise wrote this booking, attempted to write me a Second "booking" related to the SAme matter inwhich he sat as the disciplinary hearing officer... Captain Headen dismissed this booking that LT. GAlligan wrote against me. However, in the booking itself LT. GAlligan's own words demostrated that he had Personal biases towards me.. that would required him to "recuse" himself from being the disciplinary Hearing officer in my case; especially, when there were other Superior officer that Could have replaced him on 6/1/05.

Because LT. GAlligan had direct involvement in this 'booking', as well actually attempted to write a Second 'booking' that WAS not written in "good faith" clearly demostrates that he could not be an impartial Disciplinary Hearing officer in this matter.. as required by "11.01-4 DOC"

Ground two:

I WAS denied "due process" and a "fair" and "impartial" hearing, as a result of LT. GAlligan being unable to be an "impartial" hearing officer in my case. Since my Arrival

at the "High Security Facility" LT. Galligan have been "harassing" me, "Retaliating against me, denying me adequate Access to my Legal Case files, denying me access to the inmate Grievance(s) process and forms and have allowed other staff to do the same -- insofar as I have filed several Formal Complaints against "LT. Galligan" as a result of his "inappropriate Conduct(s)" towards me and "unprofessionalism", filed grievances against him, with Captain Anderson, Deputy Warden Collins, Warden Weeden, Assistant Director Gadsden, the office of Inspectors-RIDOC, Director A.T Wall, my (Federal / STATE of CT's) Judge(s) and Connecticut Department of Corrections Commissioner Thersa Lantz and Administrators (CT DOC). LT. Galligan have repeatedly attempted to "Retaliate" against me for ~~the~~ (Even) excercising my Constitutional Rights, among other things. LT Galligan, had to repeatedly answer to these Complaints -- to which he have become very "resentful" towards me, thus he could not be Consider an "impartial" hearing officer, as was required, LT Galligan is inherently a "partial person -- against me.

Inaddition, to the Above LT. Galligan, is aware and infact a named defendant in the matter Thaddeus Taylor v. RI-DOC, et al Case No. 3:05CV747(DJS) (U.S. District Court - Connecticut Filed May 2, 2005) and have been attempting to retaliate against me for this as well... his inappropriate Conduct as hearing officer clearly shows this.

Ground Three: I was denied due process of Law, a fair opportunity to present my defense as a result of LT. Galligan's abuse of his authority, by not "granting my request for a "Continuance" to adequately prepare my "defense"... as I was entitled to.

LT. Galligan did not put on the record before me his reason for not "granting my request for a "Continuance"... Moreover, my Legal Representative, and LT. Galligan "himself" stated that LT. Auilla did not Provide them with a Copy of my "written" Statement as to what happen in this incident... dated May 28, 2005. I Also provided LT. Auilla with a list of witness(es) and Specific requests to Allow my ~~Legal~~ Representative to review the Security Camera to verify my version of the fact(s).

LT. Galligan stated he did not see any of these document(s) and that LT. Auilla did not provide them to him for my hearing. On May 29, 2005 I Spoke to LT. Auilla and he told me he would attach these documents to the "booking" etc... for the hearing.

My Representative, also advised me that She did not see my "written Statement" either.

I Asked LT. Galligan, then to allow me to go to my (A-22B) Cell and get such.. he refused to Allow me to do this as well. For this reason I too was denied a 'fair hearing' and a fair opportunity to Present my CASE.

Ground Four

I was denied "due process" and "a fair opportunity" to present my defense by LT. Galligan; Specifically, I advised LT. Avilla and provided LT Avilla with my "written" statement of what happened (my version of the incident); as well my written request for witness(es) including staff and inmate witness(es) .. this was written and given to LT. Avilla. LT Galligan failure to continue this matter and/or contact LT. Avilla to ascertain exactly where these document(s) were .. and question why weren't they with the files .. also deprived me of a fair opportunity to present my case -- and affected the fundamental fairness of my hearing and impartiality. (See Attached statement and witness request list)

Deputy warden Collins, in addition to the above .. LT. Galligan went on to misrepresent the "truth" in his own Disciplinary Hearing Summary report.. He stated "None were requested by the offender at the Board" for witness(es).. LT. Avilla and the top portion contradict this comment by LT. Galligan; As well He stated "offender refused to offer a plausible explanation of what Happen" this to is a misrepresentation of the "truth".. indeed there was a written statement explaining exact what happened in this incident and I Never refused to tell my side of the story.. LT. Galligan, had personal biases that effected his ability to be a fair and impartial hearing officer in this matter, which deprived me of a fair hearing

Ground Five: I was denied due process of LAW and a fair hearing as a result of my Representative" Folan" failure to Conduct an independant investigation of the facts as I Claimed, failure to interview my witnesses, failure to adequately prepare for this hearing, Counselor Folan, did not visit me prior to (meaningfully) the hearing... She also failed to demand a 'Continuance' so that she could read, locate my witness(es) list(s) and my written Statement.. Counselor Folan basically sat there and did nothing; Although, inmates are not entitled to "full Legal representation" at this hearing.. the "Representative" for the inmate is tasked by the Warden to assist the inmate in presenting an adequate defense.. she must conduct an independant investigation of the facts, interview inmate witnesses as well as Staff witnesses.. Counselor Folan did nothing.

Although, I'm advised this is the way it is done at the "High Security Facility and throughout RIDOC.. it is "wrong", and deprived me of a fair hearing, (fair) opportunity as well to present my case.

Ground Six: I'm appealing on the fact that I was not read this "booking"; nor was it written by C/o Calise within 24 hours of this incident.. the alleged incident occurred on May 27, 2005 at 10:30.. C/o Calise did not write the 'booking' until May 28, 2005 at 2:13 pm. LT Avilla did not read the booking until May 28, 2005 at 6:00 pm.. did not put it in the computer until May 29, 2005

Because I was not read this booking within 24 hours of the 'booking' as required by the "Consent decree" entered by RIDOC in Federal Court "Morris Rules" - this booking should be dismissed.

Ground Seven: I'm appealing on the ground that there is insufficient evidence in the 'booking' itself as "written" to support the guilty charge... the booking, as written (but see the statement prepared by me) itself does not support a finding of guilty of "Failing to comply Exeditiously with an Instruction from staff member" - Disobedience 208 (High) - Specifically, the "booking" when read on its face - does not support the charge and the guilty finding of the hearing officer - - No where in the booking it says that I was "disobedience" ie by not giving C/o Calise my Legal work etc.. the booking itself states that I did give C/o Calise my Legal materials, while I told him I believe he was harassing me and I will call the investigator. Making this statement is not a 'crime' in the context the booking stated... Moreover, C/o Calise stated himself he ordered me through the metal detector while he search half of my Legal case files - as I walk through with the other.. If I walked through the metal detector with the other "half" - then it would be no need for C/o Calise to search that "half"

after I walked through the metal detector and Cleared it.. unless C/o Calise was simply attempting to harass me.. as I have stated.. Indeed, staff my search inmates belongings at anytime -- however, C/o Calise in this case allowed all the other inmates to go back, only searched me; and did that after he witnessed me walk through the "metal detector" without the Alarm sounding off..

Deputy Warden Collins, inaddition to this if I was "beligerent" and "abusive" as C/o Calise put in his "booking" -- certainly, I would have refused to give him my Legal work --and He would have put that in the "booking".. also, a "Code" would have been called by C/o Pasela etc (but see my statement about this).. I've been incarcerated for the past 10½ years, I have not received a "booking" or disciplinary report since "1996" -- out of all the incidents, ordeals, grievances, Complaints, dealing with staff I never was "beligerent" or "Abusive" -- C/o Calise simply was trying to retaliate against me in this matter when he wrote this booking; And it was done in Concert with "LT. Galligan" who work both "shifts" or a part thereof.. (2nd Shift) May 28, 2005 .. for this reason this booking should be dismissed. This "booking" was the "fourth" incident I had with C/o Calise in two days -- this is "documented" and "witnessed" by inmates.

Ground Eight: I'm appealing the fact that this incident, on it's face of the "booking" -- was incorrectly classified as a Level 2 (208) High "booking" -- Simply because I allegedly did not do something quick enough -- "within five minutes" certainly can not be considered a long time -- especially in light of the fact I'm ~~[illegible]~~ required to walk through the metal detector 2-3 times picking up documents etc. I do this all the time and it takes approx. 5 mins all the time .. unless I have very little paperwork in my hand - C/O Case worked one day as "Law Library officer" since I've been going, or in the Law Library and all of a 'sudden' there's a problem - C/O Manning and C/O Pasela know I've been through this 'metal detector' ordeal over a dozen times -- and never had a problem with allowing staff to search my Legal case files, or repeatedly going through the metal Detector 5 or 6 times as normally is the case. At best this booking should have been a "Code 337" not a 208 (High);

Ground Nine: I'm appealing the sanctions in which LT. Galligan gave me in this matter as "excessive" and inappropriate or consistant with the sanctions other inmates have received... LT Galligan's personal biases) towards me.. and Retaliatory efforts made him sanction me to the 'maximum' sentence(s)

LT. Galligan gave me 15 days of disciplinary Confinement; 15 days of Loss of Good Time; 15 days of Loss of telephone; 15 days of Loss of visits ... this was done "inretaliation" and to harass me... Inmate(s) that have done worst than this alleged incident -- and got Less sanctions than this.. Clearly, there are other "motivating factors" that WAS/is driving LT. Galligan's Actions against me.. Moreover, I have not receved a 'booking' since "1996" .. this certainly is indicative of my "well-behaved" behavior.. to which LT Galligan also failed to consider.

## Conclusion

Deputy warden Collins, for all the above "grounds" and for reasons that you are aware of, Director A.T. Wall, the Chief Inspector's office and warden Weeden I'm respectfully requesting that this "booking" be dismissed and expunged from my records... Alternatively, I'm respectfully requesting that the guilty finding by LT Galligan at the June 1, 2005 hearing be declared invalid and a New disciplinary hearing ordered whereas an "impartial" hearing officer could conduct the hearing in a fair manner.. as well so that I may Adequate present my defense, to include calling my witness(es), and have adequate Representation for this hearing.. as required Due process of Law. (see statement & attached Document)

Respectfully Submitted,

Thaddeus Taylor #128275

cc: file
AT Wall Director RIDOC
U.S. District Court Case No. CA 05 ... T

TO: LT. AVILLA, Superior officer
HSC - RIDOC
From: Inmate Thadius Taylor #128275; CTDOC #237855
HSC A-22B Protective Custody
DATE: MAY 28, 2005

Please take the liberty to file this "written STATEMENT" on my behalf inregards to the "Booking" you read to me on MAY 28, 2005 (written by C/o Calise). I did not receive a copy of the "Booking" either.. Please provide

STATEMENT OF THADDEUS Taylor #128275; CT DOC #237855 in Regards to the "Booking" prepared by C/o CAlise...for alleged disciplinary violations 5/27/05

This statement is intended to clearify and elaborate on certain factual aspects not elsewhere covered by statements or documents...

1. I'm a U.S. citizen, Above the age of 18 years old.
2. I believe in and understand the oath.
3. I have been incarcerated since "1995"; I have not received a disciplinary Report (booking) since "1996".. Since my Arrival within RIDOC.. I Never used Abusive Language or Actions towards any staff; I have filed several Formal Complaints, grievances, and subsequently two "Federal Civil Lawsuits" against several employees of the RIDOC; HSC; for harassment, Retaliation, Discrimination, unfair practices and customs, threats, intimidation etc...
TAYLOR v. RIDOC, etal (MAY 2, 2005 filed) (U.S. District Court - CT);
TAYLOR v. CT DOC; RIDOC, etal C.A. 05-118T (U.S. District Court - RI) Temporary Injunction Relief Pending

4. Since the filing of my "Federal Lawsuits" against employees at the High Security Facility and RIDOC, I have been "harassed, Attempted set-up & Frien(?), "retaliated against, threaten, threaten to be given bookings etc. repeatedly... I have filed formal Complaints with the Director's office (pending), The Chief Inspector's office, Connecticut Authorities CTDOC and Governor's office..; C/o CAlise is one of the individuals that are the subject matter of my Formal Complaints and Lawsuits. This "booking" prepared by him is another attempt to Retaliate and harass me... it is false.

5. This is not the first time I have filed formal complaint against C/o CAlise for "harassment" and unprofessionalism towards me.. The latest incidents occurred on May 26, 2005, when I asked C/o CAlise to provide me with Copies of the "Pink Slips" I had submitted to him (yellow copies).. He stated then "I'll think About it".. as I was passing the officer's bubble, I heard C/o CAlise tell LT. Galligan (and LT Getter was present also) "Your son" (referring to me) is complaining again.. LT Galligan said what does he want now.. as I walked away to Court (CT) Upon my Arrival back from Court (CT).. I asked for the "Yellow Copies" of my Pink Slips.. He said yea yea I'll get them to you. I never received my copies. C/o CAlise, also stated to all the inmates in the P.C. unit Dayroom.. that Inmate(s) deserved (Zero) nothing and went on to display his "biases".. He said directly to me.. "And You, I don't even want to talk to you".. in a hostile manner. I filed Formal Complaint of this Incident with the Inspector's office.

6. On May 27, 2005 at Approximately 8:05 Am while in the Law Library C/o Calise threaten to send me back to the unit because I had asked him for "typing paper" to type.. C/o Calise purposely delayed giving me typing paper and bringing in items inmates needed in Retaliation (10 mins).. Normally C/o Manning gives us these items right away so we could get started. C/o Calise tried to cause trouble with me.. it was witness(es) by several inmates in the "Law Library" Inmate Beaver (A-15 B) witnessed this incident.

7. On May 27, 2005 at Approx. 10:25 Am, upon leaving the Law Library and going through the "metal detector" the Alarm went off as I went through.. inmate Beaver was behind me.. C/o Calise, was at the Law Library door at this time.. "C/o Prescila (sic)" the officer in the Hallway Control bubble.. then "signal" to me to go through again slowly, with parts of the documents.. I have done this at least a dozen times. The process was I would divide my Legal documents in parts (3-4 normally and walk through the metal detector.. 3 or 4 times with the materials until everything cleared. I did this, the same manner I have done it about a dozen times infront of "C/o Prescila".. without Any incidents.. C/o Woods was also inside the Hallway Control, eating something it appeared, she was sitting on the table or side desk.

8. AS I was finishing going through the Metal detector about three or four times C/o Calise made his way down to the "area"; .. He told me to give him the legal documents that were on the ground (things that had already gone through the metal detector and cleared it).. I explained to him that they have already been through the "Metal detector".. as I reached down and handed them to him. C/o Calise said to me He didn't care he was going to Search it all again... I simply told C/o Calise, that I believe he was harassing me and I'm going to write to Deputy warden Collins about this incident ... while I waited for C/o Calise to shakedown all of my legal work. While, C/o Calise was shaking down my legal work C/o woods came out and while she was halfway up the hallway going towards the "Law Library". She said C/o Calise could do what he wants.. that's not "harassment".. or something to this effect. I said well I'm going to call the Inspector's office anyways. C/o woods walked away.

9. AS I gathered my Legal Document(s) after C/o Calise had finished shaking down all my 'belonging' I then proceeded to walk to the "housing unit".. C/o Calise said "Boy", You better learn to respect me." C/o said this in a hostile manner, and I was offended by being called "Boy". this was a "racial Derrogatory" Comment made by

C/o Calise towards me. I asked C/o Calise not to call me "boy".. please be 'professional'.. I said I will be calling the Inspector's office.. as I walked away. I was down to the first housing unit when C/o Calise called me back to the door adjacent to the 'Hallway Control'.. He told me in an aggressive manner He didn't care who the (** profanity) I called, they're not going to do anything.. His facial expression was "very red" and he was speaking in a hostile manner. C/o Calise told me that "I better learn to respect him or else." then again said he didn't care who I called. I said I will be calling the Inspector's office on him as I walked away.

10. AT No time did I ever refuse to allow C/o Calise to shakedown my 'legal case files'.. I immediately gave him the materials in my hand(s) and bent down to pick up the rest to give to him.. to be search by him. I Never used any "Abusive" language towards him.. or disobeyed any instructions he gave me. Indeed, when I was almost "halfway" to my housing unit, He ordered or called me back I went back to hear what he had to say... I did not use any "profanity" towards officer Calise, Nor was I disrespectfully towards officer Calise at "anytime". I did not attempt to circumvent the metal detector at anytime.. I have Gone through this Process at least a "dozen times" without incident(s).

11. I did file a formal complaint with Chief Inspector A. Alderidge and the Administration.. Prior to me becoming aware that C/o Calise wrote me a "booking".. The alleged incident occurred on May 27, 2005 at approximately 10:25 Am.. I was read the 'Booking' on MAY 28, 2005 at approx. 6:00pm by LT. Auilla.. I did not receive a Copy of the "Booking report".. On MAY 29, 2005, LT. Galligan advised C/o Crenshaw that LT. Auilla did not enter the Booking in the Computer yet.. I did Advise LT. Auilla, I would be providing him with a "written STATEMENT" on MAY 29, 2005 2nd shift; And Related request(s).. to be attached to the 'Booking' report

12. Prior to this incident, I have also requested that the 'Director's office' and/or the office of Legal Counsel, Chief Attorney Patricia A Coyne-Fague directly handle all alleged disciplinary bookings as a result of the "escalating"... staff harassment and Retaliatory Acts Against me as a result of me exercising my Constitutional Rights... Currently, that requesting is Pending.. I'm respectfully requesting All further Proceedings be "stayed" until these requests are Resolved or Answered by the Administration.. Such Request for a "STAY" is not intended to delay the proceedings But rather to ensure a fair and impartial disciplinary proceeding at every stage of this process.

13. The "video Tape" security Camera in the Hallway will depict that I fully Complied with C/o Calise and C/o priscilla's instructions, I Provided my Legal work to be Searched etc.. without incident.. as well I went through the

Metal Detector and Cleared it without the Alarm going off before I proceeded to my Housing Unit.

14. C/o Calise, further attempted to include some details or fact(s) about some other "inmate".. at some other time .. that had nothing to do with me or my situation. C/o Calise, put this "irrelevant" information in my "booking".. for the sole purpose of attempting to "inflame" this incident.. The Supervisor officer that initially received this booking should have required C/o Calise, to Re-write the "Booking".. Leaving out irrelevant information about another inmates misconduct(s).. that's not in "Protective Custody" etc.. More importantly, have nothing to do with me. AS stated before, I have been incarcerated since 1995.. and have not received a (booking) disciplinary infraction since 1996. I was never charge with Abusive Language towards staff.. C/o Calise, filed this 'booking' against me to harass me and to Retaliate against me .. because I filed formal Complaints against him, and because I advise him I believe he was "harassing" me and would file a Complaint against him about this (Call the Inspector's office).

cc: file

Because the alleged Charge(s) against me are "false" and efforts by C/o Calise to harass & Retaliate against me.. I'm respectfully requesting to have these Charge(s) dismissed & expunged from my Records in all aspects.

Respectfully Submitted
[signature] 128275
Thaddius Taylor A-220 (HSC)

TO: LT. AVILLA, Superior Officer 2nd Shift
HSC - RIDOC (Reading of Booking Superior officer)
5/28/05 approx. 6:00pm

From: Inmate Thaddius Taylor #128275 (Protective custody unit)
HSC A-22b

DATE: MAY 28, 2005

RE: Booking of Inmate TAYLOR #128275 prepared by c/o Calise -- Disciplinary Hearing (Fair Hearing; Due process of Law; Impartial Hearing)

LT. AVILLA, I'm writing this "Formal Notice" to you and the "Administration" at the HSC -- to respectfully request a "30 day Continuance" of my disciplinary hearing -- so that I may Adequately Prepare my defense. as well to Allow sufficient time for me to receive a written response from the "Director's" office and/or the Office of Legal Counsel for RIDOC -- Attorney Patricia A. Coyne-Fague -- to my specific request that they directly review all claims of disciplinary Actions against me -- as a result of my previously made claims of staff harassment, set ups attempts and Retaliatory Act(s) -- Currently, this matter is also before the U.S. District Court, RI C.A. 05-118T "Temporary Injunctive Relief" -- on May 17, 2005 Senior U.S. magistrate Judge Jacob Hagopian order A.T. Wall to respond within Five days of Service by U.S. marshals and 20 days for Answer to Complaint... The outcome of these matters will have a direct bearing on the manner in which my "incidental" booking, etc... while at HSC.. Thus, I'm requesting a 30 day Continuance for the Above mentioned Reasons.. please also verify these facts with the Director's office and/or Chief Legal Counsel Patricia A. Coyne-Fague. LT. Avilla, Kindly give me a written response to this request: 30 day Continuance granted or Denied

Page 1 of 4 Pages

____________________________________
Authorized Superior officer DATE

LT. Avilla, Secondly, I'm respectfully requesting the following witness(es) to be called; (1) c/o Calise; (2) c/o Presila (sic) Hallway control officer at metal detect (3) c/o Woods; (4) Captain Heaslen; (5) Chief Inspector Alderidge (6) Inmate J. Beaver (Cell A-15) (personal knowledge of the facts in this matter)

LT. Avilla, I'm also requesting that the "Video Tape" Security camera depicting the hallway(s) & metal detector be preserved and made available for review to my representative and the "hearing officer(s)" as evidence to support my claims... Please immediately take the necessary steps to preserve the chain of custody of these video tapes, etc... Please advise me of status as soon as possible: Granted or Denied ________ Date

Third, LT. Avilla, I'm respectfully requesting that you advise the appropriate Administrators and/or Superior officers of my desire to have a completely "fair" and impartial Disciplinary Process, with Due Process of Law; And All Proceeding, [illegible] be Tape Recorded and Adequately Recorded for Judicial Review...: Granted or Denied ________ Date

LT. Avilla, as you may be aware and other RIDOC Administrators, employees etc. know I have two pending Federal civil lawsuits filed against several employees of the RIDOC, as well I have filed several Formal Complaint(s) against staff and superior officers at the High Security Facility and throughout RIDOC..

The two Federal Civil Lawsuits Are Currently Pending.. one in U.S. District Court in Connecticut, Thaddeus Taylor v. Rhode Island Department of Corrections et Al. (Filed May 2, 2005 U.S. District Court Hartford, CT); the Second was filed in U.S. District Court in Rhode Island, entitled Thaddeus Taylor v. CT. Dept. of Corrections RI Dept. of Corrections, A.T. Wall, etal, CASE NO. C. A. 05-118T (Temporary Injunction orders pending as well)..

The following Named defendants that are employed by the RIDOC, HSC etc.. are listed below.. Please take the liberty to disallow and/or excuse all NAMED defendants to my pending Lawsuits from being involved in any part of these disciplinary proceeding.. to ensure that I don't be "Retaliated" against as a result of my pending Lawsuits.. and to ensure impartiality at All stages of these proceedings. The following Named defendants from this facility and RIDOC are Director A.T. Wall, Assistant Director Jake Gadsden, Joyce Fox, Joesph Dimitto, warden James Weeden, Deputy warden D. Collins, Capt. Anderson, Capt. Holyman (sic), LT. Getter, LT. Galligan, LT. DOYLE, LT. AVILLA, C/O MAnning, C/o Simpson, C/o Pierce, C/o Howard, C/o Bouillett, C/o Crenshaw, C/o woods, C/o McCrady, C/o Blain, Counselor Amaral, Deputy warden David caruso, deputy warden Hillermann, warden walt whitman, LT. Stebbins, Captain Vitale; These Are the RIDOC NAmed Defendants -- however, John Does are C/o warden, C/o Calise, C/o Kershaw They Are also the subject of these Federal Lawsuits.. In addition, Formal Complaints, with the Inspector's office, Director's office and others were filed Against all of the above (Grievance(s) etc.) named employees... Thus, I'm requesting that None of the Above named individuals be Allowed to participate in the ~~[illegible]~~ Decision making process in this matter.. LT. Avilla, I'm Also requesting that the initial review of the Booking and Preliminary Investigation be Redone by an "impartial superior officer.. that is not currently a named defendant in any Pending Federal Civil Lawsuits.. for impartiality.. Due process of Law,

LT. Avilla, I bring specifically to your attention and the Administration that "Counselor Amaral" has an "actual conflict of interest" in being sued by me.. and the subject of several Formal Complaint and grievance(s) filed by me against Counselor Amaral.. thus, I'm respectfully requesting that another Counselor or individual be appointed to Represent me and assist in the preparation of my defense.. that don't have any conflicts of interest(s) and could be fair and impartial towards me.

In addition, I'm respectfully requesting that you request my "New Representative" or "Representative" to schedule sufficient time (1 week) to meet with me, to investigate and interview my witness(es), gather evidence and document(s) and to adequately assist me in preparing my defense.. Prior to the "Disciplinary Hearing". It's my understanding that it is the "Custom and Policy" of RIDOC.. for the representative not to "fully" and "fairly" conduct their responsibilities as the Inmates' representative(s).. Please do not allow this in my case.. I have a lot to discuss with my representative and much need investigation(s) (independent) that needs to be done.. one week should be sufficient time to work with my Representative... to adequately prepare my defense.. Please immediately process these request(s) and concerns to the Administration and kindly advise me as soon as possible...

Respectfully Submitted,

[signature]

Thaddeus Tay RI DOC # 128275

CT DOC # 237855

CC: file PAGE 4 of 4 PAGES

MAY 29, 2005

TO: LT. Avilla, Superior officer
HSC, RIDOC

From: Inmate Thadius Taylor #128275
HSC, A-22B

DATE: MAY 29. 2005

RE: ("Booking prepared by C/o Calise" against Inmate Taylor #128275 Pending May 28, 2005)

LT. Avilla, Please find herein my statement about the incident inwhich I'm requesting to be properly filed and attached to the "Booking" etc.; My witness(es) list for the hearing.. and my "Specific Requests" to the "Administration" to ensure that these disciplinary proceedings Are "fair" and "impartial" at All stages.. Due process of Law... LT. Avilla please take the liberty to Advise the Administration of my specific request(s) for "recusal" of All Named defendants in either of my pending "Federal Civil Lawsuits".. I trust that Arrangements could be made so that my case is heard by strictly impartial Disciplinary hearing officers.. and/or Superior officers.. LT. Avilla, Kindly make sure these documents are made a part of my official Record.. and Kindly send me an Answer to All the specific requests by the Appropriate "Administrator." Please also see if another Classification Counselor from a different Bldg. could be made Available to me to ensure fundamental fairness.

cc: file
Director A.T. Wall
RIDOC

Respectfully Submitted
[signature]
Thadius Taylor 128275

Director A.T. Wall
40 Howard Ave
Cranston, RI 02920

May 29, 2005

RE: Formal Complaint of Staff and Superior Officers Continued, "Harassment", Retaliation, "Set up"

Dear Director A.T. Wall:

I'm writing this second letter to you as a result of staff and superior officers LT. Galligan LT. Aull, LT. Cotter and LT Doyle at the High Security Facility continued "harassment" of me, constantly attempting to "set me up"; LT Galligan on May 29, 2005, attempted to write me a "disciplinary Report" .. because I wrote to a "Captain Headen" about staff continuous harassment of me.. Captain Headen, specifically, advised me I could write a 'pink slip' to her anytime -- when I have a problem with staff etc... LT. Galligan has constantly been trying to "set me up"; submitted false records, etc.. I have filed several complaints against him... and on this day May 29, 2005 he wrote me a 'booking' because I write a "pink slip" to Capt. Headen about "no cause" harassment and Retaliation of me.. Director Wall, Also I attempted to write to Captain Anderson about Access to my Legal case files -- My Connecticut Judge have repeatedly attempted to address this Problem and on May 26, 2005 even stated he intends to seek interstate subpoena if I'm not Allowed Adequate Access to my Legal case files.. LT. Galligan is still denying me adequate Access to my Legal case files.. He states I only could Access such twice a month... despite the fact

Connecticut STATE Prosecutors, represented in open court that RIDOC Administrators stated I will have adequate ACCESS, as well Warden Weeden, and Deputy Warden Collins told me personally I will have adequate access to All my Legal CASE files.. However, LT. Galligan is refusing to provide me with Adequate ACCESS; he have also allowed and is stealing or losing my legal case files paperwork.. and or stated early he is attempting to "set me up", "Retaliating" against me etc.. because I filed formal Complaints against him and Complaints against his constant "unprofessionalism". Director Wall, I'm respectfully requesting your office again look into this serious Matter(s).. as it is "escalating".. STAFF and Superior officers are very "Resentful" of me.. because I exercised my constitutional Rights filed Lawsuits etc.. However, Director Wall, they should not be allowed to continually "harass" me, "Retaliate," "threaten" me, submit false Disciplinary write-ups, attempting to set me up, etc.. PLEASE Correct this situation.. Director Wall, It Appears to me that the Administration here is allowing there "Misconducts," harassment of me to go on.. because it hasn't stop yet.. Rather it is getting worst.. on May 27, 2005 C/o Calise, Called me a "boy" in a "RACIAL derogatory manner," told me I better learn to respect him or else.. C/o Calise also threaten me, wrote

a false "booking", lied about the incidents etc... in his efforts to retaliate against me, and harass me because I filed a formal Complaint against him with the Inspector's office and told him I was going to call them again if he kept harassing me... C/O Calise, misconducts crossed the line of RACIAL Discriminatory Slurs... in calling me "boy". especially in context of the entire situation... C/o Calise wrote me a "booking" for allegedly circumventing the metal Detector... etc... However, I have gone through this process coming back from the Law Library over a dozen times... and Never had a problem... but C/o Calise wanted to Retaliate against me... because I Complained about his previous harassment of me... Director Wall, this situation is 'escalating' and I'm in fear of my 'life'... Staff and Superior officers at the (I.T.I)... are trying to "set me up"... the Senior Superior officers, Captains, and Administration is allowing this type of misconduct(s) to Continue... against me... Please take the Liberty to put a "stop" to these unprofessional Acts. C/o Warden, C/o Woods, and C/o Pastea are the latest staff to continually harass me... Please Investigate these matters and Please put a stop to these unprofessional Acts... I'm going to have to, call the "FBI" in if this matter cannot be "stopped"... Please Directly handle this matter kindly, Direct a Capt. to

CC: file page 4 of 4 pages

(Commissioner Theresa Lantz CTDOC)

Thaddeus Taylor
#128275 RIDOC
#237855 CTDOC
(P.C. Unit-HSC)

or Above to Directly Monitor my Concerns and Resolve them... Please also "prohibit" LT. Galligan from being directly over the "Protective Custody Unit" -- to prevent his Continual "harassment" and efforts to set me up. etc.. Director Wall, I within 2 years left to "max-out".. I'm eligible for Halfway House.. August 2005 (CT) and parole hearing Sept. 2005 .. I do not want to be "set up", Assaulted, killed etc.. in RIDOC.. this is my major concern. I'm also requesting at this time that you also reconsider, and ASK Commissioner Theresa Lantz, CTDOC to immediately remove me from RIDOC facilities Custody.. to Avoid any further problems with staff and Supervisors at the High Security building.. Director Wall, Please Act on these matters, please dismiss any false or Retaliatory 'booking' against me.. I have not received a booking since "1996"; I'm not disrespectfully towards staff and I obey the regulations.. I simply will litigate, of file grievances etc.. this is my Right.. I should not be attempted 'setup', threaten given false booking, falsified Records LT Galligan, etc.. harassed, Retaliated Against, mail stolen, pink slips not forward etc.. ~~please direct the warden to handle these~~ Matters (Kindly, ask them not to punish me for writing the administration, After I can not get any help at the Lower levels. I did write Assistant Director Gadsden about my concerns about 2 weeks ago.. I haven't heard from him yet.. and the problems still exists.. so I'm writing you of the seriousness. Please Investigate & Correct

Thaddeus [signature]

Confidential Chief Inspector Alderidge
RIDOC

May 23, 2005

RE: Request For "Formal Investigation" And Further Investigation into Staff Misconducts & "unprofessionalism," Abuse of Authority

Dear Chief Inspector Alderidge:

I'm filing this formal complaint of "Continued" Staff misconduct and "unprofessionalism" towards me at the High Security "Protective Custody unit".. Investigator Langolis, Interviewed me about 3-4 days ago about my Complaint(s) of Staff harassment, retaliation, and being threaten by Staff. Mr. Langolis indicated he would speak to the 'Captain' Anderson etc. However, Chief Inspector Alderidge, It do not Appear to me that speaking to 'Captain Anderson' have not Stopped the harassment, Retaliation of me by these Correctional officers and Superior officers.. I'm herein respectfully requesting that Your office immediately Conduct a More throughal Investigation into my Claims of misconduct(s), threats, intimidation, retaliation etc.. unprofessionalism etc. Mr. Langolis, Also advised me that the "Inspector's office handles more serious issues... and that Normally Administrator handle my complaints - Staff misconduct as I have claimed of Chief Inspector, Although this maybe true.. My situation is different, I'm an ex-Correctional officer and allegedly I was transported here to be free from harassment, Retaliation, threats etc.. this has not been the CASE.. Moreover, Chief Inspector Alderidge the type of staff

Misconduct(s) are getting worst and worst..
I fear that it will soon escalate that would result in ~~any~~ me being seriously assaulted, false charge(s) etc... upon me.. Thus, I'm requesting your office and "You" (if possible) take over this investigation and set to the immediate end of All Acts of misconduct(s), Retaliation, harassment, punishment of me.. especially, because I opted to file grievances, formal complaints with the Inspector's office, complaints with the Director and civil lawsuits etc. Chief Inspector Aldridge, I was threaten by C/O Worden with C/O Simpson working in the bubble on May 23, 2005.. C/O worden threaten me and attempted to intimidate me..Simply because I asked him...if I could get the Yellow copy of the 'Pink Slip' after he signed it. C/O worden told me "get the ** out of his face" repeatedly, He was behind the c/o table in the unit, I was on the other side opposite.. far from his "face".. But he came around the table in my face.. stating this. Several inmates were out in the unit and the Security Camera should also pick this up... C/O worden's actions towards me were very unprofessional and a surprise to me.. But indicative of an increasing problem and staff efforts to "set me up", "harass" and "retaliate" against me.. Please investigate this matter. LT. Avilla came into the "unit".. But I didn't discuss the matter any further.. because the other day I had another incident with LT. Avilla about getting access to my "Food"

items that were in storage. As well LT Aquilla was present when C/O Simpson "theaten me" (did nothing) a couple weeks ago.. inwhich prompt my first letter to your office (inpart)... Chief Inspector Alderidge, Also LT. Galligan, is behind these harassment and Retaliatory Acts as well.. He too is harassing me & allowing STAFF to do so "Systematically".. I Also fear that he will soon "set me up" as well.. LT Galligan has been told repeatedly by Deputy warden Collins & warden weeden that I shall be given Access to my Legal case files.. He repeatedly have denied me Access; He Also have Lied about giving me Access on a 'Pink Slip' request dated May 22, 2005.. inwhich He told me that May 22, 2005 was on the 'weekend' but he would do it today 5/23/05.. I ask him not to misrepresent the facts on the documents.. LT. Galligan, Also have repeatedly intercepted my Request(s) to Captain Anderson, Deputy warden Collins and the warden when I send it through regular 'chain'.. in his efforts to create false records etc.. to "set me up".. LT Galligan's action are unprofessional and should be stopped. Please Also investigate him.. and his harassment of me.. The Next incident was with C/O Howard and LT Galligan.. I was assigned a unit "Job" to sweep the unit Dayroom floor every morning.. I did this without any problems

But C/o Howard Changed my 'Job' assignment for no reason, but to harass me and attempt to 'set me up'. Inmates were Argueing and/or fighting. C/o Howard Attempted to Change my Job and put me in the Middle of this "Conflict." Rather then be "set up" etc. I did the Job that day, but told C/o Howard I 'quit'. I did this because I didn't want to get into trouble or be involved in any Problems. LT. Galligan, then refused to reassign me to My 'Job' and currently denying me a 'Job' - bear retaliation - as I explained to him of my concerns. Moreover, the inmates that had problems still work together etc. inwhich leads to the fact C/o Howard real efforts were to harass me by Changing my 'Job' etc. Please Correct this. Chief Inspector Alderidge, this type of Misconducts go on and on. I have had my Commissary Sent back by C/o Manning, Cell shakedown Papers stolen, thrown around etc. in Retaliation. Please Correct this... and fully Investigate these matters. Please Also Ask the Assistant Director to require the warden to directly Address All future Complaints and Kindly Ask Someone to visit me to take my statement in more details etc. Your immediate attention is greatly Appreciated.

Respectfully Submitted

cc: file

(Kindly advise me upon receipt of this formal complaint) [signature] R5275 RIDOC

Page 4 of 4 Pages

**Inmate Id: 0128275** **Inmate Name: THADIUS M TAYLOR** **Sec: HS**

Incarceration No: 0038895 Area/Cell: A A22B

Job Code: SRG Level: 1 Enemy Level:

**Discipline No: 000007181**

Infraction Date/Time: 5/27/2005 10:30:00 Infraction Sec: HS

Charging Staff Member: Calise

Place Of Infraction: HS Place Of Booking: G-CORRIDOR

ORIGINAL- Infraction Code: 208 Infraction CAT: DISOBEDIENCE

Infractions Severity: HIGH

Infractions Description:
Failing to Comply Expeditiously with an Instruction from a Staff Member

Filed Date/Time: 5/28/2005 14:13:36 Inmate Demeanor: ARGUMENTATIVE

**Infraction Narrative:**

On the above date and time said offender did attempt to circumvent the metal detector with his legal work. I then ordered him to proceed through the detector with half of his legal work, while I searched the other half prior to it going through the detector.
(An offend
er attempted to pass a weapon around the detector last week and was subsequently caught)

Offender then proceeded through with the other half, at this time I attempted to search th e first set that passed through the detector. Offender became beligerent and abusive at th is point demanding that I can't search the legal work because it already passed through th e detector. I proceeded to search, while the offender threatened to "call the investegator s and have them talk with you, because you are harrassing me!" {SIC}. This entire process was dragged out for over five minutes by the offender.

Witnesses: Wood Pasela

**S.O. REVIEW:** **READ BY: Avila**

Inform Date: 05/28/2005 15:45:00 Hearing Date: 05/31/2005 10:00:00

Demeanor: GOOD Inmate Plea: NOT GUILTY

Status AWT Hear: NORMAL Waive 24 Notice: NO

Req Rep Present: YES Req Witness: YES

Witnesses: Wood Pasela

**Inmate's Statement:**
Inmate made the following comments. I already submitted written statements to the Chief In spector and Mr. Wall. I want the hearing to be taped so I can ahve a copy, I want someone else then Mr. Amaral as my representative at the board.

**Superior's Comments:**
Valied booking on Officer Calise written report. Inmate was notified that per department policy he has to have the Counselor assigned by the Warden. He was informed that the heari ng will be taped by policy, and that tapes are not released except for administrative or judical review.
On 5/29 this inmate gave me documents with requests, those requests will be submitted to Deputy Collins for her review.

See attached booking statement for Hearing Lt. Avila

**Inmate Id: 0128275** **Inmate Name: THADIUS M TAYLOR** **Sec: HS**

Incarceration No: 0038895 Area/Cell: A A22B

Job Code: SRG Level: 1 Enemy Level:

**Discipline No: 000007181**

**HEARING:**

Hearing Date: 6/01/2005 12:56:05 Offender's Plea: NOT GUILTY

Rep Counselor: Folan

Req Witness: YES Waive 24 Notice: YES

**Offender Statement:**
CLAIMS THAT IS NOT HIS ACCOUNT OF WHAT HAPPENED. (OFFENDER REFUSED TO OFFER A PLAUSIBLE EX PLANATION OF WHAT HAPPENED.)

**Witness(s) Statement:**
NONE WERE REQUESTED BY THE OFFENDER AT THE BOARD.

**Officer's Statement:**
GUILTY AS CHARGED, OFFENDER OFFERED NO SUBSTANTIATIVE EVIDENCE TO REFUTE HIS CHARGE.

**Finding: GUILTY** **Class. Review: NO** **Req Ward Review: YES**

Infraction Code: 208 Infraction CAT: DISOBEDIENCE

Infractions Severity: HIGH

Infractions Description:
Failing to Comply Expeditiously with an Instruction from a Staff Member

Hearing Off. Sig: Galligan

**SANCTIONS:**

| | |
|---|---|
| DISCIPLINARY CONFINEMENT | 015 |
| LOSS OF GOOD TIME | 015 |
| LOSS OF TELEPHONE | 015 |
| LOSS OF VISITS | 015 |

**Inmate Id: 0128275** **Inmate Name: THADIUS M TAYLOR** **Sec: HS**

Incarceration No: 0038895 Area/Cell: A A22B

Job Code: SRG Level: 1 Enemy Level:

**Discipline No: 000007181**

Infraction Date/Time: 5/27/2005 10:30:00 Infraction Sec: HS

Charging Staff Member: Calise

Place Of Infraction: HS Place Of Booking: G-CORRIDOR

ORIGINAL- Infraction Code: 208 Infraction CAT: DISOBEDIENCE

Infractions Severity: HIGH

Infractions Description:
Failing to Comply Expeditiously with an Instruction from a Staff Member

Filed Date/Time: 5/28/2005 14:13:36 Inmate Demeanor: ARGUMENTATIVE

**Infraction Narrative:**

On the above date and time said offender did attempt to circumvent the metal detector with his legal work. I then ordered him to proceed through the detector with half of his legal work, while I searched the other half prior to it going through the detector.
(An offend
er attempted to pass a weapon around the detector last week and was subsequently caught)

Offender then proceeded through with the other half, at this time I attempted to search th e first set that passed through the detector. Offender became beligerent and abusive at th is point demanding that I can't search the legal work because it already passed through th e detector. I proceeded to search, while the offender threatened to "call the investegator s and have them talk with you, because you are harrassing me!" (SIC). This entire process was dragged out for over five minutes by the offender.

Witnesses: Wood Pasela

**S.O. REVIEW:** **READ BY: Avila**

Inform Date: 05/28/2005 15:45:00 Hearing Date: 05/31/2005 10:00:00

Demeanor: GOOD Inmate Plea: NOT GUILTY

Status AWT Hear: NORMAL Waive 24 Notice: NO

Req Rep Present: YES Req Witness: YES

Witnesses: Wood Pasela

**Inmate's Statement:**
Inmate made the following comments. I already submitted written statements to the Chief In spector and Mr. Wall. I want the hearing to be taped so I can ahve a copy, I want someone else then Mr. Amaral as my representative at the board.

**Superior's Comments:**
Valied booking on Officer Calise written report. Inmate was notified that per department policy he has to have the Counselor assigned by the Warden. He was informed that the heari ng will be taped by policy, and that tapes are not released except for administrative or judical review.
On 5/29 this inmate gave me documents with requests, those requests will be submitted to Deputy Collins for her review.

Certificate of Service

I certify that a copy of this motion was mailed to Attorney Patricia Coyne-Fague, Office of legal Counsel-RIDOC, 40 Howard Ave Cranston, RI 02920 on this 29th day of June 2005 postage prepaid.

Thaddeus Taylor, Pro se
Thaddeus Taylor #128275