**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**THADDEUS TAYLOR**

v. C.A. No. 05- 265 S

**A.T. WALL,** Director, Rhode Island
Department of Corrections,
**et al.**

**ORDER**

This matter is before the Court on the application of the *pro se* petitioner to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Said motion is **denied** as moot. Petitioner Taylor has paid the initial filing fee.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: Aug 15, 2005