UNITED STATES DISTRICT
DISTRICT OF RHODE ISLAND

SCANNED

THADDEUS TAYLOR : CASE NO. C. A. 05-265 S

v. :

Donna Collins, et al : AUGUST 2, 2005

# MOTION TO CONSOLIDATE CASES
## Prison Disciplinary Hearings - Due Process AT HIGH SECURITY FACILITY - RIDOC

The Petitioner Thaddeus Taylor, in the Above Captioned matter respectfully moves this Honorable Court for an order to Consolidate the above Captioned Matter with the related matter Taylor v. Collins, et al C. A. 05-278(S) -- in that Both matter raises claims of defacto policies and violations of Due process within the Prison "High Security" Disciplinary Process in which the Petitioner was subjected to by the defendants (including A.T. Wall) RI DOC.. The disciplinary incidents are related and the same basic unconstitutional disciplinary Hearing process, whereas the defendants, denys the petitioner to call witness(es), produce evidence and video security cameras, the right to be tried before an "unbias" and impartial" Judge and denial of meaningful Assistance from a staff representative and Retaliatory Acts.. to punish inmates that files grievances and Lawsuits etc. Accordingly, the facts are similar to both cases and should be Consolidated at this time 1

Respectfully Submitted
[signature] pro se
Thaddeus Taylor # [redacted]
ACI HSC
P.O. BOX 8200
Cranston, RI 02920

Certificate of Service

I certify that a copy of this motion was mailed to Attorney Coyne-Fague Legal Office for RIDOC, 40 Howard ave., Cranston RI 02920 On this 2nd day of August, 2005.

[signature] pro se
Thaddeus Taylor

1 The Petitioner Also Moves the Court to ORDER The Defendants to file their Response or Show Cause within 30 days.