UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR,

Plaintiff,

v. C.A. No. 05-265S

DONNA COLLINS, ET AL.

Defendants.

**ORDER**

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on August 15, 2005, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The instant petition is dismissed without prejudice due to a lack of exhaustion. Taylor must first present these claims to the state courts for consideration before proceeding here.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 8/24/05