AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

THADDEUS TAYLOR

V.

DONNA COLLINS, ET AL.

**JUDGMENT IN A CIVIL CASE**

Case Number: C.A. NO. 05-265S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS, DONNA COLLINS; A.T. WALL; JAMES WEEDEN; AND THERESA LANTZ, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTIONS, AGAINST PLAINTIFF.**

August 25, 2005
Date

Clerk

ALBA-SUE MERCURIO
(By) Deputy Clerk