UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THADDEUS Taylor ; CASE No. CA. 05-265 S

v

Donna Collins, et al

August 29, 2005

# NOTICE OF APPEAL -- Final Judgment

The Petitioner THaddeus Taylor, in the above Captioned MAtter respectfully file with this Honorable Court this "Notice of APPEAL" of the Final Judgment decision by the U.S. District Judge, Honorable William Smith -- to "dismiss" the Petitioner's Petition on August 24, 2005 -- and adopting the Magistrate Judge's Report and Recommendation (despite Conflicts)

Accordingly, the Petitioner Now files this "Notice of Appeal" -- to the U.S. Court of Appeals, for the First Circuit challenging the 'final Judgement' of the U.S. District Judge rendered on August 24, 2005 (The U.S. District Judge apparently failed to Consider the Petitioner's OBJection to the MAgistrate Judge report -- STATING there are no other STATE Remedies Available to him -- out of STATE inmate "CT")

Respectfully Submitted
[signature] pro se
Thaddeus Taylor # [redacted]
ACI - HSC
P.O. Box 8200
CRANSTON, RI 02920

Certificate of Service

I Certify that a copy of this Notice of appeal was mailed to Attorney Patricia A. Coyne Fague, RIDOC, 40 Howard Ave, Cranston, RI on this 29th day of August, 2005

[signature]
Thaddeus Taylor pro se