UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THADDEUS TAYLOR | : | DC NO. 05-00265 (S) |
| | | USCA NOS. 05-2337, 05-2342 |
| v. | : | |
| DONNA COLLINS, ETAL | . | MARCH 16, 2006 |

## STATEMENT OF THE ISSUES

The Petitioner Thaddeus Taylor, in his pro se capacity, in the above captioned matter respectfully submitts his STATEMENT OF THE ISSUES in compliance[1] with the Court's order dated MARCH 13, 2006.. and request it be Construed liberally:

(1) District Court error in dismissing petition without conducting an evidentiary hearing;

(2) District Court error in determining that the petitioner failed to exhaust his available STATE Count Remedies, failed to conducte hearing;

(3) District Count error in not Appointment of Counsel for petitioner

(4) District Court error in not finding that the Petitioner was denied due process of LAW at the Prison's Disciplinary Hearing as a Matter of fact and LAW.

Respectfully Submitted
[signature]
Thaddeus Taylor
112 Clinton Ave
Bridgeport, CT 06605

[1] I AM not house in any Institution and dont have any money in Any Prison Facity i.e.. CTDOC or RIDOC to the best of my knowlege Thus can not provide an Institution Prisoner's Account.