UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Thaddeus Taylor : C.A. No: 05-265S

v. :

Donna Collins, etal : June 26, 2006

PETITIONER'S OBJECTION TO DEFENDANTS MOTION TO DISMISS UNDER RULE 12(b)(1) and 12(b)(6)

The petitioner Thaddeus Taylor, in the above matter respectfully files his 'OBJection' to the defendants motion to Dismiss.. specifically the petitioner submits the defendant(s)' Motion is but a second bit of the Apple.. to which was already rejected by the First Circuit, Court of Appeals.. the defendants filed this Motion in bad faith..and thus the petitioner's petition should be granted; and his disciplinary records while in the Custody of Rhode Island DOC expunge as to all aspects and that such notice provided to all parties.. to include CT-Dept. of Correction.

Respectfully Submitted
[signature] pro se
Thaddeus Taylor
353 Elm Street
Windsor Locks, CT 06096

I certify that a copy of this motion was mailed to Attorney Katherine Kelly, RIDOC 40 Howard Ave Cranston, RI 02920 on this 26th day of June 2006. postage prepaid

[signature]
Thaddeus Taylor