UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Thaddeus Taylor
    Petitioner

V.                                                                             CA05-265S

Donna Collins, et al
    Respondent

### ORDER

The Report and Recommendation of Senior United States Magistrate Judge Jacob Hagopian filed on October 4, 2006 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636 (b)(1). Respondent's Motion to Dismiss the petition is GRANTED.

BY ORDER:

_/s/ Noreen Baldwin_
DEPUTY CLERK

ENTER:

_/s/ William E. Smith_
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE: 10/31/06