UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

Thaddeus Taylor

V.

Case Number: C.A. NO.05-265S

Donna Collins, et al

**Jury Verdict.**

**X Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the defendants, Donna Collins; A.T. Wall, Director, RIDOC; James Weeden, Warden (HSC); and Theresa Lantz against the Plaintiff, Thaddeus Taylor pursuant to the Court's Order dated November 1, 2006, adopting the Magistrate's Report and Recommendation dated October 4, 2006, and dismissing the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.**

November 1, 2006
Date

Deputy Clerk